JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TINA WESTMAN, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>AL FRANK ASSET MANAGEMENT, INC. a California corporation,<br><br>        Defendants. | CASE NO. SACV11-0935 JST (RNBx)<br><br>**JUDGMENT IN A CIVIL ACTION** |

   This action was tried by the Honorable Judge Josephine Staton Tucker without a jury commencing on Tuesday December 4, 2012 and concluding on or about Wednesday December 5, 2012.  Each party filed their Proposed Post Trial Findings of Fact and Conclusions of Law on January 10, 2013.

   Based on the Court's Findings of Fact and Conclusions of Law After Court Trial, Judgment is entered as follows:

   1.  Plaintiff TINA WESTMAN shall take nothing by way of her Complaint and Defendant AL FRANK ASSET MANAGEMENT, Inc. shall have judgment against Plaintiff TINA WESTMAN on her Complaint.

/ /

2.  Defendant AL FRANK ASSET MANAGEMENT, Inc. shall take nothing by way of its Counterclaims.

3.  As the prevailing party, Defendant AL FRANK ASSET MANAGEMENT, Inc. shall recover costs to be determined by the Court after entry of judgment and subsequent filing of a Bill of Costs and Notice of Application to the Clerk to Tax Costs by Defendant at which time this judgment will be amended to include the allowable costs.

4.  Defendant AL FRANK ASSET MANAGEMENT, Inc. is awarded costs payable by Plaintiff TINA WESTMAN the amount of $_____ as allowable costs incurred in this matter.

DATED:  April 19, 2013

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE