NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TINA WESTMAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AL FRANK ASSET MANAGEMENT, INC. a California corporation,<br><br>    Defendants. | CASE NO. SACV11-0935 JST (RNBx)<br><br>**AMENDED JUDGMENT IN A CIVIL ACTION** |

This action was tried by the Honorable Judge Josephine Staton Tucker without a jury commencing on Tuesday December 4, 2012 and concluding on or about Wednesday December 5, 2012.  Each party filed their Proposed Post Trial Findings of Fact and Conclusions of Law on January 10, 2013.

Based on the Court's Findings of Fact and Conclusions of Law After Court Trial, Judgment is entered as follows:

1.  Plaintiff TINA WESTMAN shall take nothing by way of her Complaint and Defendant AL FRANK ASSET MANAGEMENT, Inc. shall have judgment against Plaintiff TINA WESTMAN on her Complaint.

/ /

2.  Defendant AL FRANK ASSET MANAGEMENT, Inc. shall take nothing by way of its Counterclaims.

3.  Pursuant to the Court Clerk's Declaration dated June 6, 2013, a copy of which is attached hereto as Exhibit "1", Defendant AL FRANK ASSET MANAGEMENT, Inc. is awarded costs payable by Plaintiff TINA WESTMAN in the amount of $7,535.37 as allowable costs incurred in this matter.

DATED:  June 17, 2013

JOSEPHINE STATON TUCKER

---
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

OC/227774-1 27601-002

2

AMENDED JUDGMENT IN A CIVIL ACTION